B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cofire Paving Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**11-1541768** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**P.O. Box 604384**<br>**Bayside, NY**<br>ZIP Code **11360** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Queens** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Cofire Paving Corp.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Cofire Paving Corp.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert L. Rattet**
Signature of Attorney for Debtor(s)

**Robert L. Rattet**
Printed Name of Attorney for Debtor(s)

**Rattet, Pasternak & Gordon-Oliver, LLP**
Firm Name

**550 Mamaroneck Avenue**
**Suite 510**
**Harrison, NY 10528**

Address

**(914) 381-7400  Fax: (914) 381-7406**
Telephone Number

**February 9, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ross J. Holland**
Signature of Authorized Individual

**Ross J. Holland**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 9, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of New York

In re  **Cofire Paving Corp.**                                                               Case No.
                                               Debtor(s)                                     Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **February 9, 2010**                     **/s/ Ross J. Holland**
                                                 **Ross J. Holland**/**President**
                                                 Signer/Title

Date:  **February 9, 2010**                     **/s/ Robert L. Rattet**
                                                 Signature of Attorney
                                                 **Robert L. Rattet**
                                                 **Rattet, Pasternak & Gordon-Oliver, LLP**
                                                 **550 Mamaroneck Avenue**
                                                 **Suite 510**
                                                 **Harrison, NY 10528**
                                                 **(914) 381-7400   Fax: (914) 381-7406**

AIR TOOLS SALES & REPAIR CO.
129-02 23RD AVENUE
COLLEGE POINT, NY 11356

AIRWELD INC.
93 MARINE STREET
FARMINGDALE, NY 11735

AMERICAN HOSE AND HYDRAULIC CO
700 21ST AVENUE
PATERSON, NJ 07513

AMERICAN SWEEPING SERVICES
457 BLAKE AVENUE
BROOKLYN, NY 11212

ANDREWS TRUCKING INC.
38 SOUTH DRUM STREET
STATEN ISLAND, NY 10309

ARROCHAR FUEL CORPORATION
459 SHARROTTS ROAD
STATEN ISLAND, NY 10309

ATLANTIC SCALE COMPANY
136 WASHINGTON AVENUE
NUTLEY, NJ 07110

AUBURNDALE TIRES INC.
193-08 NORTHERN BLVD
FLUSHING, NY 11358

AUSTER RUBBER CO.
238 NORTH 9TH STREET
BROOKLYN, NY 11211

AVAYA INC.
P.O. BOX 5332
NEW YORK, NY 10087

BLACK BEAR COMPANY INC
27-10 HUNTERS POINT AVENUE
LONG ISLAND CITY, NY 11101-4498

BORO WIDE RECYCLING CORP
3 RAILROAD PLACE
MASPETH, NY 11378

BREADSLEE TRANSMISSION
27-22 JACKSON AVENUE
LONG ISLAND CITY, NY 11101

CANAL AHPHALT
800 CANAL STREET
MOUNT VERNON, NY 10550

CHEIF ENERGY CORP.
918 MCDONALD AVENUE
BROOKLYN, NY 11218

CINTAS
109-14 14TH AVENUE
COLLEGE POINT, NY 11356

COBRA MATERIALS INC.
P.O. BOX 4025
MIDDLETOWN, NJ 07748

CODY CONSTRUCTION CORP.
213-19 99TH AVENUE
QUEENS VILLAGE, NY 11429

CONSTRUCTION EQUIPMENT IND
P.O. BOX 701383
EAST ELMHERST, NY 11370

EDWARD EHRBAR, INC.
4 EXECUTIVE PLAZA
SUITE 155
YONKERS, NY 10701

EMPIRE EQUIPMENT SALES CO.
34-09 126TH STREET
FLUSHING, NY 11368

FIREMAN'S FUND INSURANCE CO.
DEPT CH-10273
PALINTINE, IL 60055

FLEET TRUCKING INC.
457 BLAKE AVENUE
BROOKLYN, NY 11212


GANESH GAS STATION INC.
27-24 COLLEGE POINT BLVD
COLLEGE POINT, NY 11356


GARTNER & BLOOM
801 SECOND AVENUE
New York, NY 10017


H.O. PENN MACHINERY CO.
P.O. BOX 5307
POUGHKEEPSIE, NY 12602


HAUCK MANUFACTURING CO.
P.O. BOX 8538-141
PHILIDELPHIA, PA 19171


HOT MIX PARTS
P.O. 436089
LOUISVILLE, KY 40253


INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114


IRS SPECIAL PROCEDURE
290 BROADWAY
5TH FLOOR INSOLVENCY
NEW YORK, NY 10008


MAGIC EXTERMINATION CO.
59.01 KISSENA BLVD
FLUSHING, NY 11355


MINTZER SAROWITZ
39 BROADWAY
New York, NY 10006


MRM INDUSTRIES
101-57 104TH STREET
OZONE PARK, NY 11416

MULTIRAIN EMERGENCY EQUIPMENT
20-47 129TH STREET
COLLEGE POINT, NY 11356


MYSTIC TANK LINES CORP.
P.O. BOX 3027
HICKSVILLE, NY 11802


NEW YORK CRANE & EQUIPMENT COR
286 CENTRAL AVENUE
SOUTH KEARNY, NJ 07032


NEW YORK METRO PETERBILT
31-55 COLLEGE POINT BLVD
FLUSHING, NY 11354


NEW YORK STATE COMMISSION
BANKRUPTCY/SPECIAL PROC SECT
PO BOX 5300
ALBANY, NY 12205-0300


NEW YORK STATE TAX & FINANCE
BANKRUPTCY UNIT
P.O. BOX5300
ALBANY, NY 12205-5300


NYC DEPT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201


NYC DEPT OF FINANCE
CHURCH STREET STATION
PO BOX 3671
New York, NY 10008


NYS DEPARTMENT OF LABOR
WHITE PLAINS DISTRICT OFFICE
120 BLOOMINGDALE RD., RM 230
WHITE PLAINS, NY 10605


NYS DEPT OF FINANCE
345 ADAMS STREET
3RD FLOOR
BROOKLYN, NY 11201

NYS DEPT OF TAX & FINANCE
W.H. HARRIMAN CAMPUS
INSOLVENCY DIV., BLDG NO. 8
ALBANY, NY 12227


NYS DEPT OF TAX & FINANCE
1740 BROADWAY, 17TH FLOOR
SUITE 1759
NEW YORK, NY 10019


NYS DEPT TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205


OFFICE OF THE U.S. TRUSTEE
EASTERN DISTICT OF NEW YORK
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201


PRINCE AUTO TRUCK SERVICE, INC
20-47130TH STREET
COLLEGE POINT, NY 11356


RATTET PASTERNAK
& GORDON-OLIVER, LLP
550 MAMARONECK AVENUE, STE 510
HARRISON, NY 10528


RAW EQUIPMENT CORP.
2800 COLLEGE POINT BLVD
COLLEGE POINT, NY 11354


RITE WAY TIRE SERVICE
211 HUDSON STREET
BROOKLYN, NY 11222


ROAD TECH INC.
P.O. BOX 538437
ATLANTA, GA 30353


ROGERS MCCARRON & HABAS, P.C.
PREL PLAZA, SUITE 7
60 DUTCH HILL ROAD
ORANGEBURG, NY 10962

ROSS HOLLAND  
214-37 27TH AVENUE  
BAYSIDE, NY 11360


S.J. FUEL CO.  
601 UNION STREET  
BROOKLYN, NY 11215


SAFETY-KLEEN CORP.  
P.O. BOX 382066  
PITTSBURGH, PA 15250


SECURITIES EXCHANE COMMISSION  
NORTHEAST REGION WOOLWORTH BLD  
233 BROADWAY/JOHN MURRAY  
NEW YORK, NY 10279


SMITH MAZURE  
111 JOHN STREET  
New York, NY 10038


STATE WAREHOUSE DISTRIBUTORS  
33-46 PRINCE STREET  
FLUSHING, NY 11354


THE CITY OF NEW YORK  
OFFICE OF THE COMPTROLLER  
1 CENTRE STREET ROOM 1122  
NEW YORK, NY 10007-2341


THE SOLLAMI COMPANY  
1200 WEAVER ROAD  
HERRIN, IL 62948


TILCON NEW YORK INC.  
P.O. BOX 34550  
NEWARK, NJ 07189


TRAFFIC CONTROL INC.  
214-41 42ND AVENUE  
BAYSIDE, NY 11361


TRAUB LIBERMAN  
7 SKYLINE DRIVE  
Hawthorne, NY 10532

UNITED RENTALS
P.O. BOX 19633A
NEWARK, NJ 07195


UNITED STATES ATTORNEY OFFICE
EASTERN DISTRICT OF NEW YORK
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201-1820


WILSON ELSER MOSKOWITZ EDELMAN
3 GANNETT DRIVE
WHITE PLAINS, NY 10604


ZANO INDUSTRIES INC.
130-24 20TH AVENUE
COLLEGE POINT, NY 11356